```
MINUTE ENTRY
JUDGE PORTEOUS
SECTION T
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS LOUISIANA SAINTS, LLC | CIVIL ACTION |
| VERSUS | NO. 05-6054 |
| KEYUO CARVER | SECTION T |

Service has not been made upon the following defendants:

ALL DEFENDANTS

Fed. R. Civ. P. 4(m) provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend time for service for an appropriate period.

Accordingly, unless service is made on the named defendants within 120 days of the filing of the complaint or unless within that time you show good cause **in writing** for having failed to do so, plaintiff's claims against the named defendant(s) will be dismissed without further notice.

New Orleans, Louisiana, this 12th April, 2006.

```
                                    _____
                                    G. THOMAS PORTEOUS, JR.
                                    UNITED STATES DISTRICT JUDGE
```