

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS LOUISIANA SAINTS, L.L.C. * <br> and NFL MANAGEMENT COUNCIL * <br> * <br> VS. * <br> * <br> KEYUO CRAVER and * <br> THE NATIONAL FOOTBALL LEAGUE * <br> PLAYERS ASSOCIATION * <br> * | CIVIL ACTION <br><br> NUMBER:   05-6054 <br><br> SECTION:   T <br><br> MAGISTRATE:   04 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF RETURN OF SERVICE

**NOW INTO COURT,** comes Edward P. Gothard, counsel for the New Orleans Louisiana Saints, L.L.C. and the National Football League Management Council, who hereby files into the record, a Return of Service evidencing personal service having been made on defendant, Keyuo Boderek Craver, on the 2nd day of March, 2006.

Respectfully submitted,

_____
Edward P. Gothard, Bar Roll No. 16775
NOWALSKY, BRONSTON & GOTHARD
A Professional Limited Liability Company
3500 North Causeway Boulevard, Suite 1442
Metairie, Louisiana 70002
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
E-mail: Egothard@nbglaw.com
Counsel for New Orleans Louisiana Saints, L.L.C.
and National Football League Management Council

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States Mail, postage prepaid and properly addressed this ___26___ day of April, 2006.

_____
Edward P. Gothard

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) that the document has been served *
1) que la demande a été exécutée
   — the (date) -- le (date)   MARCH 2, 2006
   -- at (place, street, number) - à (localité, rue, numéro)
   #504B 8620 - JASPER AVE.
   EDMONTON, ALBERTA

   — in one of the following methods authorized by article 5:
   -- dans une des formes suivantes prévues à l'article 5:

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) selon les formes légales (article 5. alinéa premier, lettre a)

   ☐ (b) in accordance with the following particular method:
       b) selon la forme particulière suivante:

   ☑ (c) by delivery to the addressee, who accepted it voluntarily.*
       c) par remise simple.

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

   - (identity and description of person)
   - (Identité et qualité de la personne)

   - relationship to the addressee family, business or other
   - liens de parenté de subordination ou autres avec le destinataire de l'acte:

2) that the document has not been served, by reason of the following facts*:
2) que la demande n'a pas été exécutée, en raison des faits suivants:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

ANNEXES
Annexes

Documents returned:
Pieces renvoyées

COMPLAINT TO CONFIRM ARBITRATION AWARD

SUMMONS IN A CIVIL CASE

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Done at  EDMONTON, ALBERTA, the  2 of MARCH
Fait à                              , le   2006

Signature and/or stamp
Signature et/ou cachet

X

Evan Svedberg

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW ORLEANS LOUISIANA SAINTS, L.L.C., ET AL. | **SUMMONS IN A CIVIL CASE** |
| V. | Case Number: 05-6054 T (4) |
| KEYUO CRAVER, ET AL. | |

TO: (Name and address of defendant)

**Keyuo Craver**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward Pressner Gothard
Nowalsky, Bronston & Gothard, APLLC
3500 N. Causeway Blvd.
Suite 1442
Metairie, LA 70002

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

(By) Deputy Clerk

**November 25, 2005**
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | MARCH 2, 2006 |
| NAME OF SERVER (PRINT) EVAN SVEDBERG | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: #504B 8620 - JASPER AVE, EDMONTON, ALBERTA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 2, 2006
          Date

Signature of Server

Address of Server: #300 8104 - 82 AVE, EDMONTON, ALTA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.