# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## <u>N O T I C E</u>

**Pursuant to the direction of the court, Section "T" cases are reallotted effective May 22, 2006, to the sections of court as noted.**

**The following Case(s) has/have been realloted:**

| CASE NO. | TITLE | SECTION ASSIGNED TO |
|---|---|---|
| 05-6054 | N.O. La. Saints, LLC, et al v. Craver, et al | SECTION S MAG 4 |

**MAY 25, 2006**                    **LORETTA G. WHYTE, CLERK**

Dockets.Justia.com