UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS LOUISIANA SAINTS L.L.C.         CIVIL ACTION

VERSUS                                      NO. 05-6054

KEYUNO CRAVER                               SECTION "S"

O R D E R

The record reflects that service has been made upon the defendant Keyuo Craver, but that no answer has been filed by said defendant.

Accordingly,

IT IS ORDERED that counsel for plaintiff enter a default against the defendant or show good cause in writing within 30 days why this matter should not be dismissed for failure to prosecute. If counsel for plaintiff fails to enter a default or show good cause **in writing**, the aforementioned defendant will be dismissed without prejudice for failure to prosecute without further notice in accordance with F.R. Civ. P 41(b).

New Orleans, Louisiana, this __21st__ day of June, 2006.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE