```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

NEW ORLEANS LOUISIANA SAINTS L.L.C.                CIVIL ACTION

VERSUS                                             NO. 05-6054

KEYUO CRAVER   ET AL                               SECTION "S"

O R D E R

    More than 120 days have elapsed since the filing of the complaint in this action and counsel for plaintiffs have failed to show good cause why service of process has not been effected upon the defendant National Football League Players Association, in accordance with the court's order entered April 12, 2006 (doc. #3).

  Accordingly,

    It is ordered that the claims of plaintiffs against defendant National Football League Players Association are dismissed without prejudice in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

    The record further reflects that service has been made upon the defendant Keyuo Craver, but no answer has been filed by said defendant, and plaintiffs have failed to show good cause why those claims should not be dismissed for failure to prosecute (doc. #3)

    Accordingly;

    It is ordered that the claims of plaintiffs against defendant Keyuo Craver are dismissed in accordance with F.R.Civ.P 41(b).

    New Orleans, Louisiana, this __25th__ day of July 2006.

```
                         _____
                           MARY ANN VIAL LEMMON
                           UNITED STATES DISTRICT JUDGE
```